**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7522**

SHAHID L. A. MAJID,

        Plaintiff - Appellant,

    v.

MD FERNANDO NAVARRO; PRISMA HEALTH, f/k/a Palmetto Health,

        Defendants - Appellees,

    and

PRISM HOSPITAL, f/k/a Palmetto Health Richland,

        Defendant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.  (0:20-cv-01900-MGL)

Submitted:  September 8, 2022                    Decided:  September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shahid L. A. Majid, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shahid L. A. Majid, a South Carolina inmate, appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants summary judgment in Majid's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Majid v. Navarro*, No. 0:20-cv-01900-MGL (D.S.C. Sept. 1, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*